# EXHIBIT A-1

UVALDE DISTRICT CLERK'S OFFICE - 07/23/24 - ALL COURTS
CIVIL ACTIVITY LIST - CASE: 2024-05-35549-CV
DETAIL RPT - ALL PLEADINGS - PAGE 1

| CASE #<br>PL DTE/S | CODE | PLAINTIFF NAME(1)<br>PLT ATTORNEY(1)<br>DESCRIPTION | DEFENDANT NAME(1)<br>DEF ATTORNEY(1)<br>REMARKS | DPTY | # PP | AMOUNT |
|---|---|---|---|---|---|---|
| 2024-05-35549-C | | MIRAN, EMILIA<br>FLANARY JR,DONALD | DANIEL DEFENSE, LLC<br>No Defense Atty on file. | | | |
| 05/24/24 | CV | ORIGINAL PETITION CIVIL | PET-PETITION FILING CODE CHOSEN, PLAINTIFF'S ORIGINAL PETITION | LPER | 68 | 350.00 |
| 05/24/24 | CV-CITSEC | ISSUE CITATION-SECRETARY OF STATE | | LPER | | 64.00 |
| 05/24/24 | CV-CITCM | ISSUE CITATION-CERTIFIED MAIL | | LPER | | 48.00 |
| 05/24/24 | REC | RECEIPT ISSUED | 213440 | LPER | | 462.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON KOUCAR MANAGEMENT LLC | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON OASIS OUTBACK | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON PROJECT ECHO HOLDINGS | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON EOTech LLC | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON FLASH CO.INC | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON FIREQUEST INTERNATIONAL | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON M.C SANIEL GROUP INC | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL DEFENSE HOLDINGS LLC | KGAR | 0 | 0.00 |
| 06/05/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL DEFENSE LLC | KGAR | 0 | 0.00 |

TOTAL PLEADINGS PRINTED: 13